■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CADE, Appellant.—Judgment unanimously affirmed. Memorandum: By failing to move to withdraw his plea prior to sentencing or to raise the issue by a motion to vacate the judgment of conviction, defendant failed to preserve for review the argument that his guilty plea should not have been accepted *(see, People v Claudio,* 64 NY2d 858; *see also, People v Lopez,* 71 NY2d 662, 665; *People v Pellegrino,* 60 NY2d 636, 637). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Houston, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

■ In the Matter of RONALD SCAGLIONE et al., Respondents, v ZONING BOARD OF APPEALS OF THE TOWN OF NEW HARTFORD, Respondent, and CITY OF UTICA et al., Appellants. —Appeal unanimously dismissed without costs. Memorandum: Respondents City of Utica and the Board of Water Supply of the City of Utica appeal from an order denying their motion to dismiss the petition in this CPLR article 78 proceeding. An order in an article 78 proceeding is not appealable as of right *(see,* CPLR 5701 [b] [1]). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Article 78.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMOS HALL, Appellant.—Appeal unanimously dismissed *(see,* CPL 440.10; *People v Julia,* 40 AD2d 560, *cert denied* 423 US 868). (Appeal from Oral Decision of Monroe County Court, Sirkin, J.—Settle Record on Appeal.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.